UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

**FILED**

OCT 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William Moore, Plaintiff                )
2428 Greenmount Avenue                  )
Baltimore, Maryland  21218              )
                                        )
         v.    (410) 243-9534           )
                                        )
Frederick Motz, Defendant, et. al       )
United States District Court            )
101 West Lombard Street                 )
Baltimore, Maryland  21201              )
                                        )
William D. Quarles, Defendant           )
United States District Court            )
101 West Lombard Street                 )
Baltimore, Maryland  21201              )
                                        )
Albert N. Moskowitiz, Defendant         )
Criminal Civil Rights Division          )
950 Pennsylvania Avenue, N.W.           )
Washington, D.C.  20530                 )
                                        )
Christ Letkewicz, Defendant             )
Criminal Civil Rights Division          )
950 Pennsylvania Avenue, N.W.           )
Washington, D.C.  20530                 )
                                        )
J. Harvie Wilkinson, III, Defendant     )
United States Appeal Court              )
1100 East Main Street                   )
Richmond, VA  23219-3517                )
                                        )
Samuel W. Phillips, Defendant           )
United States Court of Appeals          )
1100 East Main Street                   )
Richmond, Virginia  23219-3517          )
                                        )
Patricia S. Connor, Defendant           )
United States Court of Appeals          )
1100 East Main Street                   )
Richmond, Virginia  23219-3517          )
                                        )
Martin O'Malley, Defendant              )
100 North Holliday Street               )
Baltimore, Maryland  21202              )

CASE NUMBER  1:05CV02031

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/14/2005

**JURY ACTION**

```
Sheila Dixon, Defendant            )
100 North Holliday Street          )
Baltimore, Maryland  21202         )
                                   )
Roy Cooper, Defendant              )
North Carolina Attorney General    )
9001 Mail Service Center           )
Raleigh, North Carolina 27699-9001 )
                                   )
Joseph Curran, Defendant           )
Munsey Building                    )
Calvert & Fayette Street           )
Baltimore, Maryland  21202-1918    )
                                   )
Felicia C. Cannon, Defendant       )
United States District Court       )
101 West Lombard Street            )
Baltimore, Maryland  21201         )
```

# COMPLAINT

*FACTS, RULES, PROCEDURES AND PROVISIONS*

## Pursuant To The Writs Act of 28 U.S.C.§ 1615

1. Plaintiff, William Moore, proceeding in proper person, proceeding in commitment of procedurals of two decades, set forth of Racial/Ethnic Fairness of the United States Fourth Circuit Jurisdictions, of decrees, procedurals, provisional, rules and commitments.

2. The defendants action was in concert of participation, direct or indirect of collusion of City Governmental officials, (State

"Government" officials), and Federal "Governmental" official acting within the scope of the United States of America, and States;

## Parties

3. The plaintiff is a United States citizen over 18 years of age, where he resides in Baltimore City, State of Maryland with its principal place of business, and was incorporated in the State of north Carolina, Capitol city of Raleigh.

4. The defendants are parties in diversity of Washington, D.C., Baltimore, Maryland, Richmond, Virginia and Raleigh, North Carolina when acting in the scope of their fiduciary duties.

## Parties Facts tainted of Fraud of Commitments and Preclusive Constitutional Precedent

5. Plaintiff in this discriminatory action has suffered irreparable harm of likelihood caused by irreparable hardship in this declaratory action for relief, stipulated by intrusion of plaintiff Civil rights, of the fourth Teenth Amendment due process, and Fifteenth Amendment of the Equal Protection Clause of the United States Constitution set forth of the Constitutionality of laws mandates in duration of publications of public domain of exhibitations.

## Defendants

6. Defendant Fredrick Motz acting in the capacity of United States Federal judge for the State of Maryland and Chief Judge in 1986 during his appointment to the Federal bench and masterminded clerk of Court standard to deprive Blacks of their Civil Rights.

7. Plaintiff in duration of Motz as an Assistant United States Attorney, was in a Civil proceeding with plaintiff who argued a case in 1983, Civil Action B-82-591. During this proceeding the Court Honorable Walter Black, Jr., chastised plaintiff for not attending law school due to his knowledge of "Laws" better than members of the Bar Code, recommendation, United States District Court.

8. Defendant Motz paper trail in plaintiff claims of 1985-86 Civil Action N-85-003, later conspired to assigned as JFM 85-003, in this claim parties of Motz peers were parties case references, $30 billion dollars claim, later conspired and masterminded with the State of Maryland Attorney Generals office and Baltimore City Solicitor Office to disenfranchise decreed settlement negotiations submitted by the Docket Sheet, tainted.

9. Plaintiff in 2000 filed another proceeding in Civil Action JFM-00-1697 William Moore v. Martin O'Malley. This proceeding

was tainted and perpetrated pursuant to Rule 17(a) F.R.C.P in which defendant made representation of the entire claim, not with disregard of facts of the opposing parties.

10. Plaintiff in 2001 lodged a Complaint against defendant Motz under 28 U.S.C. ss 372, No. 10-9020 in the Maryland Court of appeals Fourth Circuit.

11. Motz conspired in conjunction with a fraudulent judicial council order, that was deceitful obstruction of justice tainted with Racial/Ethnic Fairness. The revelation of the Order spells out fraud dated and filed February 23, 2001 thru March 20, 2001, that Racial Tainted proceeding were established.

12. Defendant Motz in Civil Action JFM-04-3618 was a defendant in this claim, and ruled in these proceeding in his own case, a flaw of "Usurpation of Power".

13. Defendant William Quarles, Jr. was acting in capacity as a United States Judge in duration of two Court Orders, in which the United States of America admitted wrong doing.

14. In an attempt to deceive plaintiff Quarles filed a Court Decree that labeled/and slandered plaintiff in Judical

proceedings to protect defendant Motz on the same Bench Court. In attempting to revise his decree almost six months prior "That" rephrased his decree according to Court Docket Civil Action 04-01515-WDQ after a letter submitted to Federal prosecutor.

15. Defendant Felicia C. Cannon, was acting in the capacity of United States District Court Clerk, who assigned plaintiff claim to defendant Motz after advisement of its illegality.

16. Defendant Cannon did not follow procedures under rule (56) Default Judgment in which the Federal Government responded to Court Order without legal authority three days before defendant Motz decree in which Motz was a party, (Unconstitutional) Precedent."

17. Defendant Harvie Wilkinson, III, acting in capacity of Chief Judge for the United States court of Appeals Fourth Circuit and with authority over the jurisdictions of north and south Carolina, Virginia and West Virginia, and Maryland the most Black populated circuit, has shown a disregard of Blacks Civil Rights far most Racist in the Nation Public domain exhibit.

18. Wilkinson pursuant to his order in dismissal of the Judicial Complaint against Motz submitted plaintiff was in fact defrauded of money, Civil Rights violated, injunctive relief restricted,

and case dismissed without proceeding, closing the File Court in Complaint No. 01-9020, 28 U.S.C. ss 372.

19. Wilkinson did not follow Rules and provision to Conspiracy. his action before congressional member if plaintiff allegations were not frivolous, and of exhibitations, tainted.

20. Defendants Albert N. Moskowitz, acting in capacity of Civil Rights Division, Criminal Section and defendant Chris Letkewicz acting in the capacity as a Paralegal Specialist Criminal Section, breached their Fiduciary Commencement to plaintiff Civil rights.

21. Defendant after acknowledging correspondent from the United States executive office of Washington, D.C. Senior Legal Counsel, in which plaintiff Moore submitted correspondent dated April 11, 2005 of an action in admiration of Civil Rights Conspiracy.

22. Defendants had first agreed to prosecute interference with liberties and rights defined in Constitution or Federal Law.

23. Defendant on May 3, 2005 returned the documents attached, shredding numerous Civil Rights Publications, including an article as to a United States republican chastising in which,

president Bush continues his conservations of Judges there may be more killings of Federal Judges or their family member such as recent killings.

Defendant Martin O'Malley who was elected as Mayor of Baltimore City Maryland and defendant Sheila Dixon as President of city council in which this action arose, during their elected official in the year 2000.

24. Defendant O'Malley made a commitment to secure the citizens of Baltimore Civil Rights in which Dixon interse to the same **Submission of documents.**

25. Defendant Dixon also as a Black female prompted the Plaintiff Vote for her commitment made public in news publications.

26. Both defendant during their tenure of council member since 1991 knew how the Municipal city operated and O'Malley served on the Commission for Racial Justice.

27. Defendants both were appraised of my ordeal on April 28, 2000, supported by documentations. What the defendant did not have knowledge of was that plaintiff had a confirmative stamp receipt confirming the documentation submitted respective of hundred exhibits or more.

28. The latitude of a letter dated April 22, 2000 to former United States Attorney Lynne Battaglia, the daughter of a former Police Commissioner.

29. During this initive the defendants O'Malley and Dixon conspired to shred the intended Court filing documents, later prompting a phone call to plaintiff business establishment from Battaglia Secretary who First Committed Perjury until proof of the mailed confirmation receipt from the Post Office.

30. Civil Action No. JFM-0001697, the allege plaintiff action arose from a suit filed February, 2000 interaction between plaintiff and a member of the Baltimore City Police Department. However, in this interaction, plaintiff was assisting at a request by the Mayor, Martin O'Malley, during his 2000 election that citizen Assist Police -Assisting a white officer that a melee was at another location, instead of the address he responded to. The officer threaten Plaintiff with a weapon by assault and battery, that if Moore did not remove his one hand out of his pocket he (the rookie officer), would blow his God Dam brains out. After conversation with higher ranking officers, claim that four Black men, had killed a white Maryland Towson Police February 7, 2000, before plaintiff allege incident February 14,

2000, the officer feared for his life. Officer Scott Davis was in fact the officer, confirmed by high ranking officer. Officer Charles Magabow assisted plaintiff. This action transpired at the Downtown Light House Park Avenue, a restaurant in which plaintiff dinned for 18 years.

31. Defendants O'Malley and Dixon who claims to be a rubber stamp for the Mayor prior to election declared in duration that "would not tolerate Police harassment, False Arrestees, Racial brutalities and so forth, and they would except full criminal, responsibility, publications exhibit.

32. Defendant in disgrace corroborated plaintiff February 14, 2000 interaction in publications by their own tenets, supporting, murders, two in the same night of June 5, 2000 of two Blacks followed by another death. False imprisonment of citizens at bus stops going to work, walking, setting on their door steps, called a zero tolerance.

33. Defendants Mayor of Baltimore proclaim his Police Department was "indeed" using "Gestapo" Tactics, term described the German Police days when police would enter a Black persons home, drag him out, beat and with no avail of rights.

34. O'Malley now uses the K-9 Dogs, citizens not allowed to walk freely.

35. A Federal Judge, States Attorney, Lawyers, Clerk of Court, Senator, House of Delegate and State Circuit Judges in publication September 13, 2005, called upon a grand jury to restore public trust in the O'Malley, Dixon political arena.

36. This stigma calls for immediate action of this plaintiff claim, see exhibit.

37. Plaintiff Alpha & Omega is that "O'Malley and Dixon demonstrate some serious insanity, done harm to my Civil Rights of Judicial Segregationist, not one defendant who did not have some knowledge that they was acting criminal, supported by the facts and law.

38. Defendant, Roy Cooper is acting in the capacity of North Carolina, Attorney Generals Office. During this Civil Rights claim, plaintiff was in North Carolina were he operated a Barber Shop at 106 South Wilmington Street, located next door to the Attorney General Office, who was Attorney General Rufus Edmonston. Also during the commencement of a Seven Million Dollar civil rights Suit in 1977, United States District Court,

Wake County Raleigh, in which the Honorable Frank Dupree, Jr. Evaluated the claim and rendered a hand written Complaint and Summons.

39. This Civil Suit made front page head lines Barber sues ex-prosecutor and assistant prosecutor who conspired to imprison plaintiff, 8-10 years for a $137.00 dollar check.

40. Plaintiff affidavit and exhibits will support Racism in the United States Fourth Circuit Arena.

41. Plaintiff was reindicted of a lesser charge in a plea to drop by treat his claim under F.R.C. pro (41), in which left plaintiff no choice.

42. Plaintiff suffered host of business, spouse, home, dignity, due to racism.

43. To the contrary plaintiff never lost hope due to numerous apologies from Judges, lawyers, and ranking official, including former Attorney General Rufus Edmonston who embraced plaintiff pledging his support and prayer.

44. The law suit could not proceed due to collateral estoppel.

45. Plaintiff was tried before eleven White juries one of which was the brother of the arresting detective Barham and family members of the prosecutor, Racial/ Judge from Benson, North Carolina in which once displayed a sign near Smithfield as welcome to the KKK.

46. Plaintiff paints a clear picture of events to corroborate Judicial Racism.

47. The prosecutor had been advised that the charge was not a felony but Judges of the Superior Court James Pou Bailey, Donald Smith and Robert Godwin, and at some point used a Judge Henry Burnette, Jr. to conspire to sabotage plaintiff a criminal record.

48. Plaintiff never had a criminal record until 1977 during a judicial conspiracy set forth in my affidavit.

49. In 1986 Baltimore Circuit Court another Judicial conspiracy that lead to a Civil Suit before United States Judge Edward Northrop whom served upon defendants prosecutors and Judge Kenneth Johnson formerly of the Circuit Court, of exhibitations.

50. Defendant Motz violated Northrop Judicial Power, assigning the Civil rights Claim to his Court Docket, conspired with his Docket Clerk, a system of law.

51. Plaintiff in this Extraordinary Judicial process there is no genuine disputes from his publications and submission of Racial and Ethnic Fairness in the Judicial Process "That" Americans of Race are Discriminated against in a (Courts Website at www.Courts.state.md.ns/publication/racialethnic_fairness04.pdf A united States judge defied the mistreatment of Blacks of race dated March 10, 2003, and entirety of context, that confirm racism. Defendant America has been aware that of publications of the Washington Post, December 24, 2002, of Senator pledge to help "heal" racial wounds left behind by predecessors, publication of Public domain. The Chief Judge, Court of Appeals of Maryland on a report June, 2004, consisted of judiciary members, lawyers, ministers, declaring racism in the system on all levels, and recommended and implemented a plan to combat racism. See attached States exhibit.

52. Defendant United States Court of Appeals Court Clerk, Patricia S. Connor, Samuel W. Phillips, Defendant executive office, Complaint No. 01-9020, 28 U.S.C. ss 372 against Defendant Motz, Conspiracy, Fraud, Obstruction of Justice, plaintiff Civil rights.

<u>Prayer for Jury Trial</u>

Plaintiff request a trial on the Record of publications and memorandums of points, Civil rights violated, tainted.

William Moore prays for all remedy due him by the Maryland State Attorney General Office since 1986 decreed of $34 billion dollars, reduced to $15 million dollars.

William Moore prays for $2 million dollars from the State of North Carolina Attorney Generals Office plus 10% with interest of 27 years, that had deprived him of his rights and Likelihood.

William Moore prays for $50 million dollars from the Baltimore City Police Department and additional from Shelia Dixon person account property, estate, safe deposit, and be held in Contempt of Court, Fraud, Obstruction of Justice if any money or properties is transferred during out come of this claim as prayed for $100 million dollars.

William Moore prays for $75 million dollars for all Federal Employees in duration of Racism, Fraud, Obstruction of Justice, Mail Fraud, Conspiracy, and William Moore in several Civil Rights U.S. of America, Defendant Samuel W. Phillips, Christ Letkewicz, Patricia Connor, J. Harvie Wilkinson, III, William D. Quarles, Albert N. Moskowitz, and Frederick Motz.

I William Moore on this _8TH_ day of October, 2005 declare to the facts set forth of damages.

_____
WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, Maryland 21218
(410) 243-9534