### *UNITED STATES DISTRICT COURT*
### *FOR THE DISTRICT OF COLUMBIA*

**WILLIAM MOORE**

        Plaintiff(s)

    vs.                       Civil Case No: **05-2031(PLF)**

**FREDERICK MOTZ**

        Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically.This notice serves as notification of bulky exhibits to the motion (#2), has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                              **NANCY MAYER-WHITTINGTON**

                                                         Clerk

**Date:** October 14, 2005