UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff )
)
)
)
v. ) Case Number: *P.L.F*
)
Frederick Motz, Defendant, et. al ) ~~05-2031~~
)
)
)

### Affidavit of Service

I, William Moore, hereby declare that on the _26_ of _October_ 2005, I mailed a copy of the Summons and Complaint, Certified Mail Return Receipt Requested to _Roy Cooper_. Attached hereto is the green card acknowledging service.

_William Moore_
WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, Maryland  21218
(410) 243-9534

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Roy Cooper**
**North Carolina Attorney General**
**9001 Mail Service Center**
**Raleigh, NC  27699-9001**

2. Article (Tra...
PS For...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

OCT 2 4 2005

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

02595-02-M-1540