UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff                )
                                        )
                                        )
                                        )
v.                                      )   Case Number: *P.L.F*
                                        )
Frederick Motz, Defendant, et. al       )   05-2031
                                        )
                                        )
                                        )

### Affidavit of Service

I, William Moore, hereby declare that on the 28TH of October 2005, I mailed a copy of the Summons and Complaint, Certified Mail Return Receipt Requested to Defendants. Attached hereto is the green card acknowledging service.

*William Moore*
WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, Maryland  21218
(410) 243-9534

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Patricia S. Connor
   United States Court of Appeals
   1100 East Main Street
   Richmond, Virginia 23219-3517

2. Article Number (Transfer from service label): 7004 0750 0003 4967 9823

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): WJOHNSON
C. Date of Delivery: 10.25.05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540