UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff          )
                                  )
                                  )
                                  )
            v.                    )    Case Number: *P.L.F*
                                  )
Frederick Motz, Defendant, et. al )    ~~05-2031~~
                                  )
                                  )
                                  )
                                  )

### Affidavit of Service

I, William Moore, hereby declare that on the ___26___ of
_October_ 2005, I mailed a copy of the Summons and Complaint,
Certified Mail Return Receipt Requested to _Ray Cooper_.
Attached hereto is the green card acknowledging service.

WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, Maryland   21218
(410) 243-9534

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X   ☐ Agent  ☐ Addressee |
|  | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| **Roy Cooper** **North Carolina Attorney General** **9001 Mail Service Center** **Raleigh, NC  27699-9001** | OCT 2 4 2005 |
|  | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Artic (Tra | |
| PS For | 02595-02-M-1540 |