UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff        )
                                )
                                )
                                )
            v.                  )   Case Number: P.L.F
                                )
Frederick Motz, Defendant, et. al )   05-2031
                                )
                                )
                                )
                                )

## Affidavit of Service

I, William Moore, hereby declare that on the 28TH of October 2005, I mailed a copy of the Summons and Complaint, Certified Mail Return Receipt Requested to DEFENDANTS.

Attached hereto is the green card acknowledging service.

WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, Maryland 21218
(410) 243-9534

---

**Green card 1 (addressed to):**
To SERVICE Wilkinson III
United States Open Court
1100 East Main Street
Richmond, VA 23219-3517

Article Number: 7004 0750 0003 4967 9630
PS Form 3811, February 2004  Domestic Return Receipt

**Green card 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Samuel W. Phillips
United States Court of Appeals
1100 East Main Street
Richmond, Virginia 23219-3517

COMPLETE THIS SECTION ON DELIVERY
A. Signature: [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): WJOHNSON
C. Date of Delivery: 10.26.05
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7004 0750 0003 4967 9663
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154