UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff          )
2428 Greenmount Avenue            )
Baltimore, Maryland  21218        )
                                  )
          v.                      )    Case Number: *P.L.F 05-2031*
                                  )
Frederick Motz, Defendant, et. al )
United States District Court      )
101 West Lombard Street           )
Baltimore, Maryland  21201        )
                                  )

## Affidavit of Service

     I, William Moore, hereby declare that on the __25 TH__ of
__OCTober__ 2005, I mailed a copy of the Summons and Complaint,
Certified Mail Return Receipt Requested to __Enclosed Parties__.
Attached hereto is the green card acknowledging service.


                              _William Moore_
                              WILLIAM MOORE
                              2428 Greenmount Avenue
                              Baltimore, Maryland  21218
                              (410) 243-9534

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Agnes M._   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

**Frederick Motz**
**United States District Court**
**101 West Lombard Street**
**Baltimore, Maryland 21201**

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ( Extra Fee )   ☐ Yes

2. Article Number
   (Transfer from se...)    7004 0750 0003 4967 9632

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Agnes M._   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

_Felica Cannen_
_U.S. District Court_
_Clerks Office_
_101 West Lombard Street_
_Baltimore, MD 21201_

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ( Extra Fee )   ☐ Yes

2. Article Number    7004 0750 0003 4967 9625
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Agnes M._   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

**William D. Quarles**
**United States District Court**
**101 West Lombard Street**
**Baltimore, Maryland 21201**

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ( Extra Fee )   ☐ Yes

2. Article Number    7004 0750 4967 9652
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS



William Moore
2428 Greenmount Ave
Baltimore, Md 21218



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691

OFFICIAL BUSINESS

*En Close D Returned*

AO 440 (Rev. 8/01) Summons in a Civil Action

*send to*

William Moore

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

V.

**Frederick Motz , et. al**

CASE NUMBER  1:05CV02031

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/14/2005

JURY ACTION

TO: (Name and address of Defendant)

**Frederick Motz
United States District Court
101 West Lombard Street
Baltimore, Maryland  21201**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Moore
2428 Greenmount Avenue
Baltimore, Maryland  21218

an answer to the complaint which is served on you with this summons, within _____ 60 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 1 3 2005

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

*Send to*

William Moore

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

V.

Frederick Motz, et. al

CASE NUMBER   1:05CV02031

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/14/2005

TO: (Name and address of Defendant)

William D. Quarles
United States District Court
101 West Lombard Street
Baltimore, Maryland  21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Moore
2428 Greenmount Avenue
Baltimore, Maryland  21218

an answer to the complaint which is served on you with this summons, within _____**60**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 13 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*sent to*
William Moore

**SUMMONS IN A CIVIL CASE**

V.

*Frederick Motz  et. al*

CASE NUMBER  1:05CV02031

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/14/2005

TO: (Name and address of Defendant)

**Felicia C. Cannon**
**United States District Court**
**101 West Lombard Street**
**Baltimore, Maryland  21201**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

William Moore
2428 Greenmount Avenue
Baltimore, Maryland  21218

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           OCT 13 2005

CLERK                                                              DATE

*Janette Stewart-Curet*

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
10.24.08

1. Article Addressed to:

**Sheila Dixon**
**100 North Holliday Street**
**Baltimore, Maryland  21202**

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7001 1140 0002 0476 9644
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JOHN I. B    10.24.08

1. Article Addressed to:

**Martin O'Malley**
**100 North Holliday Street**
**Baltimore, Maryland  21202**

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7001 1140 0002 0477 1876
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540