UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff )
)
)
v. ) Case Number: PLF 05-2031
)
Frederick Motz, Defendant, et. al )
)
)

### Affidavit of Service

I, William Moore, hereby declare that on the 28TH of October 2005, I mailed a copy of the Summons and Complaint, Certified Mail Return Receipt Requested to Joseph Curran. Attached hereto is the green card acknowledging service.

*William Moore*
WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, Maryland  21218
(410) 243-9534

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Joseph Curran
Attorney General
20th Floor
200 Saint Paul Place
Baltimore, MD
21202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X mkn... ☐ Agent  ☐ Addressee

B. Received by (Printed Name): mkn...
C. Date of Delivery: 10/26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 4965 7128

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Mr. William Moore
## 2428 Greenmount Avenue
## Baltimore, MD 21218

Dear Clerk of Court

*CiViL ACTioN*
*P.L.F 05-2031*

Please submit to the Court and your file the correction of address of:

JOSEPH CURRAN
MARYLAND STATES ATTORNEY GENERAL
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

_____
WILLIAM MOORE

OCTobER 28TH 05
Date

# Mr. William Moore
## 2428 Greenmount Avenue
## Baltimore, MD 21218

Dear Clerk of Court

*Civil Action*
*PLF 05-2031*

Please submit to the Court and your file the correction of address of:

JOSEPH CURRAN
MARYLAND STATES ATTORNEY GENERAL
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

*[signature]*
WILLIAM MOORE

*October 28th 05*
Date