UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Moore, Plaintiff                 )
                                         )
                                         )
                                         )
                                         )
              v.                         )      Case Number: *P.L.F*
                                         )               *05 CV 02031*
Frederick Motz, Defendant, et. al        )
                                         )
                                         )
                                         )
                                         )

### Affidavit of Service

I, William Moore, hereby declare that on the *29TH* of
*OCTOBER* 2005, I mailed a copy of the Summons and Complaint,
Certified Mail Return Receipt Requested to *DEFENDANTS*.
Attached hereto is the green card acknowledging service.

                              *William Moore*
                              WILLIAM MOORE
                              2428 Greenmount Avenue
                              Baltimore, Maryland  21218
                              (410) 243-9534

*Final Attachments*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Albert N. Moskowitz
Criminal Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
OCT 19 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7001 1140 0002 1890

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
OCT 19 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7001 1140 0002 0477 1906

PS Form 3811, February 2004          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERT GONZALES - US ATTNY
950 PENNSYLVANIA AVENUE, NW
ROOM 4400
WASHINGTON, DC 20530

PS Form 3811, February 2004          Domestic Return Receipt          102595-02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
OCT 27 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer)
7003 1140 0002 0477 1869

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

20530

PS Form 3811, February 2004          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
OCT 27 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7001 1140 0002 0476 9583

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218