UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

William Moore, Plaintiff            )
2428 Greenmount Avenue              )
Baltimore, Maryland  21218          )
                                    )
            v.                      ) Civil Number:
                                    ) P.L.F. 05CV02031
                                    )
Frederick Motz, Defendant, et. al   )
United States District Court        )
101 West Lombard Street             )
Baltimore, Maryland  21201          )

### Amended Complaint

   Plaintiff, William Moore amend this complaint already set forth of Racial/Ethnic Fairness of the Fourth Circuit Courts Judicial Arena.

1. On November 16, 2005 the State of Maryland Attorney General Office, contemplated that Defendants Norman Johnson, acting in the capacity of a District Judge and Carol Smith, acting in the capacity of a Baltimore Circuit Judge, were both immune from suit in clear violation of laws when performing a judicial act, and amends the State of Maryland.

2. William Moore, filed a Civil Claim (Case No.: 010100385032005) in duration that Johnson acting with malice was reluctant to allow him to defend his rights against a Caucasian. Johnson became so arrogant in fear of perception. Causing Since heart attack or stoke, plaintiff begged and pleaded justice, reference District Court, 501 Fayette Street, 239867. Johnson has relinquished since that time to a health problem in which plaintiff encountered Johnson Judicial behavior in 1991. Since the facts has been set forth in United States District Court of Washington, the perceptions confirms from publications of documentations that low class minorities are considered (Niggers) supported by www.Courts.state.md.ns/publication/racialethnic.fairness04.pdF

3. Defendant Carol Smith, a circuit Court Judge for Baltimore City obstructed justice and contempt of the Federal Bankruptcy Code in which she presided over the Caucasian debtor, in which plaintiff was legally entitled $1,600.00 that "violates Section 362.

4. The Maryland Attorney Generals Office is in the proceeding in Federal District court consistent of Racism, Fraud, Conspiracy, filing and ruling on illegal actions that harm African Americans are of Race Related Wood v. Strickman, 420 U.S. 308, 318, 95 S.Ct. 992, 999, 43 L.Ed.2d. 214 (1975), that certain categories of executive officers should be allowed qualified immunity from liability for acts done on the basis of an objectively reasonable belief that those acts were lawful.

Nothing in the language or legislative history of § 1983, two and only two allegations are required in order to state a cause of action under that statue. First, the plaintiff must allege that some person has deprived him of a federal right. Second he must allege that the person who has deprived him of that right acted under color of state or territorial law. Petitioner has made both of the required allegations. He alleged that his discharge by respondent violated his right to procedural due process, and that respondent acted under color of Puerto Rican law.

It is fraud to depend on tax payers to defend their judicial abuse. The breadth of defendants action now, has encountered more wrong doing that has exemplified the Honorable Chief Judge Thomas F. Hogan, District of Columbia to render Moore legal pro bono service in executants of the claim against judges of the state and Federal Judiciary, and regardless of the Motion filed for dismissal in District court, the test has already demonstrated Judicial usurpation of power" and therefore without prior restraint plaintiff in opposition of Motion to Dismiss is absurd, that does not place them above the law. In which amends the state of Maryland, Norman Johnson and Carol Smith to this claim.

See attachment:

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Amended Complaint was served on the addresses below by mailing the same on _November 21st 05_ in a postage paid wrapper addressed as follows::

        Gloria Wilson Shelton, AAG
        200 St. Paul Place
        Baltimore, MD  21202

        The Honorable Albert Gonzales, USA
        950 Pennsylvania Avenue, NW, Room 4400
        Washington, DC  20530

        Kenneth L. Wainstein, USA
        District of Columbia
        555 4th Street, N.W.
        Washington, DC  20530

Date: _11-21-05_

                                    WILLIAM MOORE
                                    2428 Greenmount Avenue
                                    Baltimore, MD  21218
                                    (410) 243-9534

J. JOSEPH CURRAN, JR.
Attorney General



DONNA HILL STATON
MAUREEN M. DOVE
Deputy Attorneys General

## STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.
(410) 576-6393

WRITER'S DIRECT DIAL NO.
(410) 576-7935

November 16, 2005

Clerk
District Court of Maryland
for Baltimore City
501 East Fayette Street
Baltimore, Maryland 21202

    Re:  **William Moore v. Judge Norman Johnson, et al.**
           Case No. 010100385032005

Dear Clerk:

    Enclosed please find for filing Defendants' Notice of Intention to Defend and Motion to Dismiss in the above referenced case. A proposed Order is attached.

    Thank you for your assistance.

Very truly yours,

Gloria Wilson Shelton
Assistant Attorney General

GWS:

200 Saint Paul Place ♦ Baltimore, Maryland 21202-2021
Main Office (410) 576-6300 ♦ Main Office Toll Free (888) 743-0023 ♦ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ♦ Homebuilders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf: (410) 576-6372

| | | |
|---|---|---|
| **WILLIAM MOORE,** | * | IN THE |
| Plaintiff, | * | DISTRICT COURT FOR |
| | | BALTIMORE CITY |
| v. | * | |
| **JUDGE NORMAN JOHNSON** **JUDGE CAROLE SMITH,** | * | |
| Defendants | * | Case No. 010100385032005 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANTS NOTICE OF INTENTION TO DEFEND AND MOTION TO DISMISS

Defendants, Norman Johnson, Judge of the District Court for Baltimore City and Carole Smith, Judge of the Circuit Court for Baltimore City, by their attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Gloria Wilson Shelton, Assistant Attorney General, pursuant to Rule 3-307 notes its intention to defend and pursuant to Rule 3-311 move for dismissal of this action for failure to state a claim upon which relief can be granted against them.

1. A judge is entitled to common law judicial immunity when performing a judicial act, such as rendering a decision in a case over which the court has jurisdiction. *See Parker v. State*, 337 Md. 271 (1995); *Rice v. Dunn*, 81 Md. App. 510 (1990).

2. The Complaint fails to state a claim upon which relief may be granted because the facts alleged as to Judges Johnson and Smith are insufficient, as a matter of law, to state a claim against them for violation of the rights of Plaintiff to due process.

3. The doctrine of sovereign immunity bars both suits and liability against Judges Johnson and Smith because Plaintiff has not fully complied with the conditions precedent set forth in Maryland Tort Claims Act, Md. Code Ann. State Gov't Art. § § 12-101 *et seq*. The Maryland Tort Claims Act contemplates actions based on alleged negligent acts of State personnel acting within the

scope of their employment will be brought against the State. Simultaneously, the State has afforded to State personnel complete immunity from liability for damages based on negligent acts committed while acting within the scope of their employment. State Gov. Art., §12-105. The statutory immunity for State personnel is inapplicable only when the allegations, supported by fact, indicate that the State personnel acted with malice or gross negligence. State Gov. Art., §12-105 and Courts and Judicial Proceedings Art., §5-522. Gross negligence has been equated with willful and wanton misconduct, and is only applied when the actor inflicts injury intentionally or is so utterly indifferent to the rights of others that he acts as if such rights did not exist. *Foor v. Juvenile Services*, 78 Md. App. 151, 170, *cert. denied*, 316 Md. 364 (1989). In this case, Plaintiff has not even alleged that Judges Johnson and Smith acted with malice or gross negligence. [1]

WHEREFORE, the complaint against Judges Johnson and Smith should be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

GLORIA WILSON SHELTON
Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-7935

Attorneys for Defendants Johnson and Smith

---

[1] In any event, it does not matter whether Plaintiff alleged malice or gross negligence since judicial immunity is absolute and applies even if a judge acts with malice or gross negligence.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2005, a copy of the foregoing Motion to Dismiss was mailed, postage prepaid, to William Moore, 2428 Greenmount Avenue, Baltimore, Maryland 21218.

*[signature]*
GLORIA WILSON SHELTON
Assistant Attorney General