UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>FREDERICK MOTZ, *et al.*,<br><br>    Defendants. | Civil Action No.: 05-2031 (PLF) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before February 3, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

William Moore, *Pro Se*
2428 Greenmount Avenue
Baltimore, MD 21218