UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Civil Action No. 1:05-CV-02031PF

WILLIAM MOORE                                )
2428 Greenmount Avenue                       )
Baltimore, MD 21218                          )
         Plaintiff,                         )
                                             )
         v.                                 )   **ORDER**
                                             )
FREDERICK MOTZ                               )
WILLIAM D. QUARELS                           )
United States District Court                 )
101 West Lombard Street                      )
Baltimore, MD 21201;                         )
                                             )
ALBERT N. MOSKOWITIZ                         )
CHRIST LETKEWICZ                             )
Criminal Civil Rights Division               )
950 Pennsylvania Avenue, N.W.                )
Washington, D.C. 20530;                      )
                                             )
J. HARVIE WILKINSON, III                     )
SAMUEL W. PHILLIPS                           )
PATRICIA S. CONNOR                           )
United States Court of Appeals               )
1100 East Main Street                        )
Richmond, Va. 23219-3517;                    )
                                             )
MARTIN O'MALLEY                              )
SHEILA DIXON;                                )
100 North Holliday St.                       )
Baltimore, MD 21202;                         )
                                             )
ROY COOPER                                   )
North Carolina Attorney General              )
P.O. Box 629                                 )
Raleigh, NC 27602-0629;                      )

| | |
|---|---|
| JOSEPH CURRAN<br>Munsey Building<br>Calvert & Fayette St.<br>Baltimore, MD 21202-1918;<br><br>FELICIA C. CANNON<br>United States District Court<br>101 West Lombard St.<br>Baltimore, MD 21201<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Roy Cooper, in his Official Capacity as Attorney General of the State of North Carolina has moved to dismiss this action pursuant to Fed. R. Civ. Pro. 12(b)(1) for lack of subject matter jurisdiction; R.12(b)(2) for lack of personal jurisdiction; and R. 12(b)(6) for failure to state a claim upon which relief may be granted. For the reasons set forth in the memorandum opinion, the motion to dismiss is GRANTED.

This action as to Roy Cooper is DISMISSED WITH PREJUDICE.

This, the _____ day of _____ 2006.


_____
UNITED STATES DISTRICT