IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MOORE | * | |
| Plaintiff, | * | |
| v. | * | CASE No.: 1:05CV02031 |
| FREDERICK MOTZ, ET. AL., | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Defendant, J. Joseph Curran, Attorney General of Maryland, by his attorney, Gloria Wilson Shelton, Assistant Attorney General, move, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time to and including January 31, 2006, to file a response to the complaint filed in the above-captioned case for the following reasons:

1. Defendant's response is presently due on or about December 27, 2005.

2. Undersigned counsel received notice of this Complaint on December 20, 2005, and information that an amended complaint has been filed by Plaintiff against Defendant and other State of Maryland court officials. Additional time is needed so that the Defendant can prepare and file a detailed response to the Complaint.

3. An additional thirty day period to and including January 31, 2006, within which to respond to the Complaint should be sufficient to prepare Defendant's initial pleadings.

4. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendant to file a response in the instant case on or before January 31, 2006.

Respectfully submitted,

*/s/ Gloria Wilson Shelton*
GLORIA WILSON SHELTON
Assistant Attorney General
General Bar No. 08039

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-7935 (Telephone)
(410) 576-6393 (Telefax)

Attorney for Defendant Curran

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December 2005, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to:

William Moore
2428 Greenmount avenue
Baltimore, Maryland 21218

GLORIA WILSON SHELTON
Assistant Attorney General