IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MOORE                              *

    Plaintiff,                          *

v.                                         *          CASE No.: 1:05CV02031

FREDERICK MOTZ, ET. AL.,                   *

    Defendants.                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the foregoing Motion for Extension of Time, it is this \_\_\_\_ day of _____, 2005, by the United States District Court for the District of Columbia.

**ORDERED**, that the time for Defendant to file a response to the complaint is hereby extended to and including January 31, 2006.

 

_____
United States District Judge