UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| William Moore, Plaintiff<br>2428 Greenmount Avenue<br>Baltimore, Maryland  21218<br><br>           v.<br><br>Frederick Motz, Defendant, et. al<br>United States District Court<br>101 West Lombard Street<br>Baltimore, Maryland  21201 | )<br>)<br>)<br>)<br>) Civil Action No.:<br>) 1-05CV-02031 PF<br>)<br>)<br>)<br>)<br>) |

### Motion on the Pleadings and Merits of 42 U.S.C. 1983

I. The defendants Roy Cooper and the State of North Carolina moves to dismiss pursuant to Fed.R.Civ.P 12(b)(1) is insufficient pursuant to (rule 12(F) and , with that defense gone, grant the plaintiff Judgment of the Pleading as set forth as material facts, construed in Moore's declaratory Injunctive Relief.

II. The Rooker-Feldman doctrine as to the statute of limitation is moot, because there is no statutory limitation on a U.S.C. 1983 Civil rights Action under the Fourteenth and Fifteenth Amendment clause of the Constitution.

III. The defendants defense as to the Eleventh Amendment bars Moores claim is also moot. In Monell v. New York City Dept. of Social Services, 436 U.S. 658, 690, no. 55 (1978) in it entity under ss/1983 when an official leaves or dies sued in the capacity in federal court, the successor automatically assumes the role in the litigation see Fed. Civ. Pro. 25(d)(1); Fed. Rule App. Proc. 43(c)(1); this Courts Rule 35.3.

   A. In seeking monetary damages under ss 1983 the Court in Will v. Michigan Dept. of State Police, 491 U.S. 58(1989) held the principal issue in Will "subject to suite."

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State… subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction there of to the deprivation of any rights, privileges, or immunities secured by the

Therefore, the motions set forth are mootness and the defendants Roy cooper and the States of North Carolina should divert their attention to 28 U.S.C. ss/343; Wood v. Strickland, 420 U.s., at 319, 95 S.Ct., at 999 (emphasis supplied).

On this 31st of December 05 I hereby certified a copy of this Motion to enter Judgment on the Pleadings set forth on the record to:

>David Roy Blackwell
>North Carolina Department
>  Of Justice
>P.O. Box 629
>Raleigh, North Carolina  27602

And copy of the same to all parties.

*WILLIAM MOORE* (signature)
WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, MD  21218
(410) 243-9534

3