UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.
Civil Action No. 1:05-CV-02031PF

| | |
|---|---|
| WILLIAM MOORE ) <br> 2428 Greenmount Avenue ) <br> Baltimore, MD 21218, ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREDERICK MOTZ, et al. ) <br> United State District Court ) <br> 101 West Lombard Street ) <br> Baltimore, Maryland 21202 ) <br>         Defendants. ) <br> ) | **DEFENDANT ROY COOPER'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff has filed a "Motion on the Pleadings and merits of 42 U.S.C. 1983" as to Roy Cooper which appears to be a response to Attorney General Cooper's motion to dismiss. Treating the filing as a Fed. R. Civ. P. 12© motion for judgment on the pleadings, North Carolina Attorney General Cooper files the following response in opposition thereto.

Plaintiff's motion is apparently in response to the motion to dismiss filed on behalf of the North Carolina Attorney General asserting lack of subject matter jurisdiction based upon statute of limitations bars and *Rooker-Feldman* [Fed. R. Civ. P. 12(b)(1)]; lack of personal jurisdiction based upon no contacts within the District of Columbia [Fed. R. Civ. P. 12(b)(2)]; and failure to state a claim upon which relief may be granted [Fed. R. Civ. P. 12(b)(6)]. As the memorandum accompanying that motion notes, the complaint in this matter contains, on its face, numerous absolute bars to the plaintiff's action. Additionally, no combination of allegations in the complaint, even when read favorably to the plaintiff, raise a claim as to Attorney General Roy Cooper.

As this Court has noted, motions for judgment on the pleadings under Fed. R. Civ. P. 12(c)

face a difficult standard:

> The standard applied to motions for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure is essentially the same as that for motions to dismiss under Rule 12(b)(6) for failure to state a claim. See Ramirez v. Dep't of Corrections, 222 F.3d 1238, 1240-41 (10th Cir. 2000); Haynesworth v. Miller, 820 F.2d 1245, 1254 (D.C. Cir. 1987); Transworld Products Co. v. Canteen Corp., 908 F. Supp. 1, 2 (D.D.C. 1995). On either motion, the Court may not rely on facts outside the pleadings and must construe the complaint in the light most favorable to the non-moving party. See Kowal v. MCI Communications Corp., 16 F.3d 1271, 1276 (D.C. Cir. 1994).

*Kivanc v. Ramsey*, 2006 U.S. Dist. LEXIS 374, 4-5 (D.D.C. Jan. 4, 2006). Here, defendant Attorney General Roy Cooper has moved to dismiss the complaint upon numerous grounds, including failure to state a claim. The legal arguments presented in support of those motions, and the vague and conclussory allegations found in the entire complaint, clearly demonstrate why the plaintiff's instant motion should be denied.

## CONCLUSION

For the reasons set forth in support of Attorney General Cooper's motion to dismiss, the plaintiff's motion for judgment on the pleadings should be denied.

Respectfully submitted, this 11th day of January, 2006.

ROY COOPER
Attorney General

s/ David Roy Blackwell
Special Deputy Attorney General
N.C. State Bar No. 7007
e-mail: dblack@ncdoj.com

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: 919.716.6900
Facsimile: 919.716.6763

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **DEFENDANT ROY COOPER'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** in the above titled action upon all other parties to this cause by:

[ ]  Hand delivering a copy hereof to each said party or to the attorney thereof;

[ ]  Transmitting a copy hereof to each said party via facsimile transmittal; or

[X]  Depositing a copy hereof, first class postage pre-paid in the United States mail, properly addressed to:

WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, MD 21218

FREDERICK MOTZ
WILLIAM D. QUARELS
United States District Court
101 West Lombard Street
Baltimore, MD 21201

ALBERT N. MOSKOWITIZ
CHRIST LETKEWICZ
Criminal Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

J. HARVIE WILKINSON, III
SAMUEL W. PHILLIPS
PATRICIA S. CONNOR
United States Court of Appeals
1100 East Main Street
Richmond, Va. 23219-3517

MARTIN O'MALLEY
SHEILA DIXON
100 North Holliday St.
Baltimore, MD 21202

JOSEPH CURRAN
Munsey Building
Calvert & Fayette St.
Baltimore, MD 21202-1918

FELICIA C. CANNON
United States District Court
101 West Lombard St.
Baltimore, MD 21201

This the 11th day of January, 2006.

s/ David Roy Blackwell
Special Deputy Attorney General