UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

Civil Action No. 1:05-CV-02031PF

| | |
|---|---|
| WILLIAM MOORE<br>2428 Greenmount Avenue<br>Baltimore, MD 21218<br>           Plaintiff,<br><br><br>                  v.<br><br>FREDERICK MOTZ, et al.<br>United State District Court<br>101 West Lombard Street<br>Baltimore, Maryland 21202<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

Upon motion of plaintiff, William Moore, for judgment on the pleadings; and having considered Defendant Cooper's response, and the legal arguments presented in support of said motion,

IT IS HEREBY ORDERED that the motion for judgment on the pleadings is DENIED.

This, the _____ day of _____, 2006.


_____
JUDGE
UNITED STATES DISTRICT COURT