UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2031 (PLF) |
| FREDERICK MOTZ, et al., | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Federal Defendants' motion to dismiss. Upon consideration of the relevant pleadings, the record herein, and relevant law, it is this _____ day of _____, 2006 hereby,

ORDERED that the Federal Defendants' motion is GRANTED. Plaintiff's claims against all Federal Defendants are HEREBY DISMISSED.

This is a final, appealable Order.

_____
Paul L. Friedman
United States District Judge