IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM MOORE                             *

      Plaintiff,                          *

v.                                        *       CASE No.: 1:05CV02031

FREDERICK MOTZ, ET. AL.,                  *

      Defendants.

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Based on the foregoing Motion and for good cause shown, it is this _____ day of _____, 2006, **ORDERED**;

That the Motion to Dismiss on behalf of Defendants: **STATE OF MARYLAND, ATTORNEY GEENRAL J.JOSPEH CURRAN, JR., JUDGE NORMAN JOHNSON, AND JUDGE CAROLE SMITH**, is hereby **GRANTED**.

That the Complaint is hereby **DISMISSED** with prejudice.

                                                         _____
                                                                 JUDGE

order.wpd