UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2031 (PLF) |
| FREDERICK MOTZ, et al., | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on motions to dismiss filed by several of the named defendants in this case. Plaintiff is proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendants' motions to dismiss on or before February 24, 2006. If plaintiff does not respond, the Court will treat the motions as conceded and dismiss the complaint.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 10, 2006