William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218

February 22, 2006

**TEMPORARY RESTRAINING ORDER**

Clerk
United States District Court
For The District of Columbia
333 Constitution Avenue, NW
Washington, DC 2001

                      Re:     William Moore V. Frederick Motz, et al.
                                    Civil Action No.: 1:05-CV-02031 PLF

Dear Clerk:
    Please find enclosed 2 copies for the Court for mediation LCvR 84 For Plaintiff William Moore requesting a hearing to be scheduled for a preliminary injunction LCvR 65.1 set forth of application on record with complaint; that's imperative based on the merits of this claim in which the plaintiff request of three Judges LCvR 40.3 and representation civil Pro Bono LCvR 83.11 of pleadings on record that's "Precedent Law."

Respectfully Submittted,

William Moore

United States District Court

For The District of Columbia

This application, comes before the United States District Court on March _____, 2006 by William Moore, 2428 Greenmount Avenue, Baltimore, MD 21218.

Moore seeks a temporary restraining order pursuant to LCvR 65.1 set forth of the motion of this Court in October 2005 and amended February 2006, set forth of motion with his complaint. Based on all parties pleadings, papers "Filed" in the action The Supreme Court of the United States has set forth mandatory precedent of William Moore declaration, in which *This* venue is proper.

IT IS ORDERED, That the record of William Moore's irreparable harm, in inflict undue direct or indirect are enjoined from any and all further judicial abuses SET FORTH OF THE RECORD OF THIS COURT; IT IS FURTHER ORDERED, that Joseph Curran, Jr., Attorney General for State of Maryland, 200 Saint Paul Place, 20th Floor, Baltimore, Maryland, restrain Gloria Wilson Shelton, Assistant Attorney General, Judges Carole Smith, Joseph H. Kaplan, 111 N. Calvert Street, Mitchell Court House, Baltimore, Maryland and Norman Johnson, 501 East Fayette St., Baltimore, Maryland, are to be immediately removed under the authority of Joseph Curran from any and all jurisdictions;

IT IS FURTHER ORDERED, that pending resolution of this court are any other court Carole Smith, Norman Johnson and Joseph H. Kaplan are restrained as Trial Court

Judges;

IT IS FURTHER ORDERED, that all cases of Smith, Kaplan and Johnson be audited over the last three years of 2003 until the date of this courts order;

IT IS FURTHER ORDERED, that Kenneth L. WainStein, United States Attorney, 555 4th Street, N.W. Washington, D.C. divested of authority to restrain Judges Frederick Motz, William D. Quarles, Jr., 101 West Lombard Street, Baltimore, Maryland, Federal Court, From all trials during pendency of resolution of this court;

IT IS FURTHERANCE ORDERED, that Kenneth Wainstein restrain Judges James Harvey Wilkinson, III of any trial, Patricia S. Connor, Clerk of Court Head, and Samuel W. Phillips, Circuit Executive Secretary, United States Court of Appeals 1100 East Main Street, Richmond, Virginia;

IT IS ORDERED, that any other Jurisdictions, North Carolina, South Carolina, West Virginia, Virginia and Maryland judicial system are enjoined from the magnitude of William Moore's or any other person under the record of this courts jurisdictions and recommended to a Federal Grand Jury Advisory Panel.

**So Ordered**

**Judge** _____
**Judge** _____
**Judge** _____

CERTIFICATE OF SERVICE

I hereby certify that this _24th_ of February 2006, a copy of Responsive Pleadings, Memorandum of Law and prepared Preliminary Injunction to be Scheduled hearing or on the Record mailed, postage prepaid to:

Gloria Wilson-Shelton
Office of the Attorney General
Courts Division
200 St. Paul Place, 20th Floor
Baltimore, MD 21202

David Roy Blackwell
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602

Martin O'Malley
Shelia Dixon
c/o Ralf Tyler
City Solicitor
100 North Holliday Street
Baltimore, MD 21202

John Henault
Kenneth Wainstein
Craig Lawrence
555 4th Street, N.W.
Washington, DC 20530

*William Moore* (signature)
WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, MD 21218
(410) 243-9534

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1. This application on the court record for a Preliminary Injunction for Injunctive Relief and Declaration, now inverted by William Moore, proceeding in proper person, whose address 2428 Greenmount Avenue, Baltimore, MD 21218;

2. The records of the court shows that a Complaint and Summons were served on October 24, 2005, upon Municipal Martin O'Malley, Mayor of Baltimore City whose address is Municipal Building, City Hall 100 N. Holliday Street, Baltimore, MD 21202 and Sheila Dixon, President of City Council;

3. Record of this court shows that this court granted the both an Extension of Time until January 31, 2006 and February 3, 2006, not of the two request but upon other parties to this action, titled Preliminary Injunction;

4. Martin O'Malley and Sheila Dixon by their own accord in this process of the revelations of Moore text of the year 2000 interaction by a member of the police department, now amended with further exhibits dated 2006, in which shows reprobation of citizens constitutional amendment rights of public distrust, harassment, thousandths of false arrestees not charged or charged and case dismissed, racism, homicides and brutalities;

5. Martin O'Malley and Sheila Dixon repulsion of failure to appear by default amplifies, this court panel to grant William Moore relief of the United States supreme Court decree in United States v. Georgia, et. al. No.: 04-1203, Title II. Under 28 U.S.C. 2201 and 2202 that empowers this court to seize a municipal officer who cannot protect the citizens rights due to inability;

6. **IT IS ORDERED**, that Martin O'Malley, Mayor of Baltimore City on this _____ of _____, award William Moore $50 Million Dollars against the Baltimore City Police Department Treasury;

7. **IT IS FURTHER ORDERED**, that Sheila Dixon, President of City Council award William Moore $100 Million from Treasury Funds or and of her own funds;

CERTIFICATE OF SERVICE

I hereby mailed by default and preliminary injunction on Martin O'Malley Sheila Dixon, 100 North Holliday Street, Baltimore, MD 21202 and all parties of these proceedings. On this _____ of February 2006.

---

WILLIAM MOORE
2428 Greenmount Avenue
Baltimore, MD  21218
(410)  243-9534