United States District Court
For The District of Columbia
Washington, D.C.
Civil Action No. 1:05-CV02031PF

William Moore
    Plaintiff

vs.

Frederick Motz ET. Al
    Defendants

## AMENDMENT OF PLEADINGS
## ARGUMENTS ON RECORD

1. Plaintiff, William More, Pro-Se amend his Pleadings on Record of defendant direct or indirect set forth of The United States Supreme Court "precedent" in United States v. Georgia No.04-1203.

2. Under the Constitution Amendment XIV (1868) Section 1. All persons born or naturalized in The United States shall make or enforce any law which shall abridge the privileges; nor deprive any person of life, liberty, or property, without due process of law; or deny to any person within it's jurisdiction the equal protection of the laws.

3. Moore, in advertently shows in his exhibits direct and indirect of record of judicial process, deceit of full abuse of process incorporated by references, of The District and Circuit Courts, discriminatory practices of, in particular the order by all retired Judges, and foremost the document of Circuit Court Judge Joseph H. Kaplan, who could analyze as means to thwart filing fees and

then denied access to the court. Attached to this amendment.

4. The question now revolves some serious issues set forth of this court of exhibits submitted with Moore's original complaint. The exhibit(45) of news paper manuscript cited of (angry words against judges could in cite deadly deed).

   a. These issues raises some serious accountability of Moores pleadings. A senator suggested that a mans crimes in killing four people and a judge might have grown out of a political frustration who make raw political decisions, and perception of judges unaccountable to the public.

   b. Another killing of a judges spouse and mother a Federal Judge of Chicago, that renders a prelininary injunction.

   c. Senator agreed that judges should be independent, and should do their duty with respect to the judicial system. Some conservatives complained long before these deaths that too many judges take the law into their own hands, ignoring the will of Congress and defendants indirect or direct or criminal accountable for their action.

5. For these reasons Moore's allegations are consistent of the gist of these extraordinary extenuating; and all of Moore's pleadings and other crimes should be amended.

It is hereby on this _1ST_ of _March_ 2006 amended declaration.

## CERTIFICATE OF SERVICE

I hereby mailed prepaid postage of this amended pleading and supporting exhibits to:

This ___1ST___ of ___March___ 2006.

      Gloria Wilson Shelton
      Assistant Attorney General
      200 Saint Paul Place, 19th Fl
      Baltimore, Maryland 21202

      Martin O'Malley
      Sheila Dixon
      100 N. Holliday St
      Baltimore, MD 21202

      Kenneth Wainstein
      Craig Lawrence
      John Henault
      United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

      Roy Cooper
      David Blackwell
      P.O. Box 629
      Raleigh, North Carolina 27602

*William [signature]*

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                           Frank M. Conaway
                                 Clerk
                            Courthouse East
                        111 North Calvert Street
                                Room 462
                          Baltimore, MD 21202-
             (410)-333-3722, TTY for Deaf: (410)-333-4389
```

01/24/06                                  Case Number: 24-C-05-009967 OT FR
                                          Date Filed: 11/09/2005
                                          Status: Open/Active
                                          Judge Assigned: To Be Assigned,
                                          Location :
                                          CTS Start : 11/09/05 Target : 05/08/07
William Moore vs Thomas Sabatino, et al

## C A S E   H I S T O R Y

### OTHER REFERENCE NUMBERS

| Description   | Number       |
|---------------|--------------|
| Case Folder ID | C05009967V01 |

### INVOLVED PARTIES

| Type | Num | Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp. / Addr Update | Entered |
|------|-----|----------------------------|--------------|--------------------------|---------|
| PLT  | 001 | Moore, William             |              |                          | 11/28/05 |
|      |     | Party ID: 3277081          |              |                          |          |
|      |     | Mail: 2428 Greenmount Avenue | 11/28/05   |                          | 11/28/05 DF |
|      |     | Baltimore, MD  21218       |              |                          |          |
| DEF  | 001 | Sabatino, Thomas           |              | BT DC 01/12/06           | 11/28/05 |
|      |     | Party ID: 3277083          |              |                          |          |
|      |     | Mail: 705 Remington Road   | 11/28/05     |                          | 11/28/05 DF |
|      |     | Fallston, MD  21047        |              |                          |          |
| DEF  | 002 | Sabatino, Salvatore        |              |                          | 11/28/05 |
|      |     | Party ID: 3277084          |              |                          |          |
|      |     | Mail: 1816 Barrington Village Court | 11/28/05 |                    | 11/28/05 DF |
|      |     | Bel Air, MD  21014         |              |                          |          |

```
24-C-05-009967   Date:  01/24/06   Time: 11:50                              Page:    2
```

| Type Num Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp. Addr Update | Entered |
|---|---|---|---|
| DEF  003 Carmody, Cornelius J | Party ID: 3277085 | | 11/28/05 |
| Mail: 606 Baltimore Avenue Suite 100 Towson, MD  21204 | 11/28/05 | | 11/28/05 DF |
| DEF  004 LeriCos, Perry W | Party ID: 3277087 | | 11/28/05 |
| Mail: 100 West Road Suite 300 Towson, MD  21204 | 11/28/05 | | 11/28/05 DF |

## JUDGE HISTORY

| JUDGE ASSIGNED | Type | Assign Date | Removal RSN |
|---|---|---|---|
| TBA  To Be Assigned. | J | 11/28/05 | |

## DOCUMENT TRACKING

| Num/Seq Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|
| 0001000 Commencement of Action - Complaint | 11/09/05 | 11/28/05 | PLT001 | TBA | | | DF |
| 0002000 Summons Issued | 11/09/05 | 11/28/05 | PLT001 | TBA | | | DF |
| 0003000 Motion for Preliminary Injunction | 11/30/05 | 12/02/05 | PLT001 | TBA | | | THO THO |
| 0004000 Return of Service Civil - Served WRIT OF SUMMONS served 12/02/05 | 12/20/05 | 12/20/05 | DEF001 | TBA | Moot | 12/20/05 | DY |
| 0005000 Return of Service Civil - Served WRIT OF SUMMONS served 12/02/05 | 12/20/05 | 12/20/05 | DEF002 | TBA | Moot | 12/20/05 | DY |
| 0006000 Return of Service Civil - Served WRIT OF SUMMONS served 12/02/05 | 12/20/05 | 12/20/05 | DEF004 | TBA | Moot | 12/20/05 | DY |
| 0007000 Return of Service Civil - Served WRIT OF SUMMONS served 12/02/05 | 12/20/05 | 12/20/05 | DEF003 | TBA | Moot | 12/20/05 | DY |
| 0008000 Motion to Dismiss | 12/22/05 | 12/29/05 | DEF001 | JHK | Granted | 01/12/06 | GRN JB |

```
24-C-05-009967    Date:  01/24/06    Time: 11:50                                    Page:      3

Num/Seq Description                              Filed    Entered  Party Jdg Ruling        Closed   User ID
-------  -----------------------------------    --------  --------  -----  --- ------------------  --------  --------
0008001 Order of Court                          01/13/06 01/19/06  000    JHK                               JB

0008002 Copies Mailed                           01/19/06 01/19/06  000    TBA                               JB

0009000 Motion to Dismiss                       01/17/06 01/18/06  DEF004 TBA                               AEK AEK
```

### SERVICE

```
Form Name                              Issued    Response Served   Returned Agency
-----------------------------------   --------   -------- --------  -------- -------------------------------
WRIT OF SUMMONS                       11/28/05   01/01/06 12/02/05           Private Process
DEF001 Sabatino, Thomas
certified mail

WRIT OF SUMMONS                       11/28/05   01/01/06 12/02/05           Private Process
DEF002 Sabatino, Salvatore
Certified Mail

WRIT OF SUMMONS                       11/28/05   01/01/06 12/02/05           Private Process
DEF003 Carmody, Cornelius
Certified Mail

WRIT OF SUMMONS                       11/28/05   01/01/06 12/02/05           Private Process
DEF004 LeriCos, Perry
certified Mail
```

### TICKLE

```
Code Tickle Name         Status Expires   #Days AutoExpire GoAhead From Type Num Seq
---- -------------------- ------ --------  ----- ---------- ------- ---- ---- --- ---
LSRV 120 Days Lack Of Jur CANCEL 04/03/06  126 no           no                000 000

LSRV 120 Days Lack Of Jur CANCEL 04/03/06  126 no           no      SUMM F    000 000

LSRV 120 Days Lack Of Jur CANCEL 04/03/06  126 no           no      SUMM F    000 000

LSRV 120 Days Lack Of Jur CANCEL 04/03/06  126 no           no      SUMM F    000 000

SLMR Set List For Motions CANCEL 12/21/05   21 yes          no      DMPI D    003 000

SLMR Set List For Motions CANCEL 01/12/06   21 yes          no      MDIS D    008 000

SLMR Set List For Motions OPEN   02/07/06   21 yes          no      MDIS D    009 000
```

24-C-05-009967    Date:  01/24/06    Time: 11:50                              Page:      4

## CASE FOLDER HISTORY

| Date | Time | Type | User | Location | Clerk | Reason |
|------|------|------|------|----------|-------|--------|
| 01/23/06 | 11:33 AM | CheckIn |  | Room 409 Courthouse East | LSC |  |
| 01/19/06 | 8:37 AM | Transfer | CCK | Civil Records, Room 409 East | JB | copy & mail #8/1 |
| 01/17/06 | 12:31 PM | Transfer | JB | Civil Div., Room 462 East | DG | file update w/orders |
| 01/13/06 | 3:23 PM | Transfer | CID | Room 462 Courthouse East | CIV |  |
| 01/12/06 | 9:57 AM | Transfer | JHK | Room 241 Courthouse East | THO | 8 |

| | |
|---|---|
| WILLIAM MOORE | * |
| Plaintiff | * IN THE |
| vs. | * |
| | * CIRCUIT COURT |
| THOMAS SABATINO | * FOR BALTIMORE CITY |
| and | * |
| SALVATORE SABATINO | * Case No. 24-C-05-009967 OT |
| and | * |
| CORNELIUS J. CARMODY, ESQ. | * |
| and | * |
| PERRY W. LERICOS, ESQ. | * |
| Defendants | * |

* * * * * * * * * * * * *

**TRUE COPY TEST**
FRANK M. CONAWAY, CLERK

## MOTION TO DISMISS

Now comes the defendant, Thomas Sabatino, in proper person and, pursuant to Maryland Rule 2-322(b), moves to dismiss the above captioned action as to the defendant, Thomas Sabatino, for the following reasons:

1. The complaint fails to state a cause of action upon which relief can be granted against defendant, Thomas Sabatino.

2. The complaint fails to allege a breach of a duty owed to the plaintiff by the defendant, Thomas Sabatino, or damages to the plaintiff.

3. The complaint alleges the existence of a written instrument but fails to attach such writing to the complaint.

4. The complaint alleges matters of landlord tenant law which are within the exclusive

*[Handwritten: The above motion to Dismiss is granted this 12 day of January, 06 and the case against Thomas Sabatino is dismissed with Plaintiff Moore to pay the costs.]*

Judge Joseph H. H. Kaplan

# * * * SHERIFF'S RETURN * * * *

Case Number: 24-C-05-009967        Old Case Number: 24-C-05-009967

William Moore vs Thomas Sabatino, et al

To: CORNELIUS J CARMODY
Event:                                         Date/Time:

Sheriff fee: _____   By: _Certified Mail    12-2-05_

Served: _____

Time: _____   Date: _____

Unserved (Reason): _____

_____

Instructions to Private Process:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CORNELIUS J. CARMODY**
**606 BALTIMORE AVENUE, SUITE 100**
**TOWSON, MD 21204**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jon Jock_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)  7004 6750 0003 4965 6961

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| | | |
|---|---|---|
| William Moore | * | IN THE |
|       Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| Thomas Sabatino, et..al. | * | BALTIMORE CITY |
|       Defendants | * | CASE NO.: 024-C-05-009967 |

* * * * * * * * * * * * * * * * * * * * *

RECEIVED CIRCUIT COURT FOR BALTIMORE CITY 06 FEB -9 PM 4:53 CIVIL DIVISION

ORDER

Upon consideration of the foregoing Motion to Dismiss, <ins>the opposition thereto,</ins> it is this ___ day of February 2006, hereby

ORDERED that Complaint by the Plaintiff be and the same is hereby dismissed without leave to amend, and it is further

ORDERED that the Defendants Perry W. Lericos and Salvatore Sabatino be awarded costs of this proceeding, attorneys fees and reasonable expenses pursuant to Maryland Rule 1-341.

<u>JOSEPH H. H. KAPLAN, CJ</u>
Judge

The Judge's signature appears on the original document

Judge Joseph H. H. Kaplan

TRUE COPY
TEST

FRANK M. CONAWAY, CLERK

5