United States District Court
For The District of Columbia

RECEIVED
APR - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 1:05-02031PL

MOTION FOR RECONSIDERATION

William Moore, request this Honorable by it's order of March 30, 2006, to acknowledge in compliance of FED.R.CIV.P. 7(b)(1). The enclosed motion set forth of defendant Roy Cooper and The State of North Carolina.

Respectfully Submitted

*William Moore* (signature)
William Moore

## CERTIFICATE OF SERVICE

On this **3RD** of April I mailed postage prepaid the same to:

Roy Cooper
David Blackwell
P.O. Box 629
Raleigh, North Carolina 27602-0629

John Henault
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Gloria Wilson Shelton
Assistant Attorney General
200 Saint Paul Place, 19th Fl
Baltimore, Maryland 21202