United States District Court
For The District of Columbia

| | |
|---|---|
| William Moore<br>　　　Plaintiff | Civil No:1: 05 CV0231 |
| vs. | |
| Frederick Motz ET. Al<br>　　　Defendants | |

## ORDER

It is this _____ of April 2006, on behalf of the defendants Roy Cooper and The State of North Carolina, immediately grant William Moore, the relief sought by order of Two Million Dollars ($2,000,000.00).

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ORDER