United States District Court
For The District of Columbia

| | |
|---|---|
| William Moore | Civil No:1: 05 CV0231 |
|     Plaintiff | |
| vs. | ORDER |
| Frederick Motz ET. Al | |
|     Defendants | |

Upon Motion of William Moore, for default Judgement, IT IS GRANTED THAT Martin O'Malley, Mayor and The City of Baltimore, compensate Fifty Million Dollars (50,000,000.00); and Sheila Dixon One Million Dollars(1,000,000.00) immediately to William Moore.

IT IS HEREBY ORDERED on this _____ of April 2006.

_____
Judge
United States District Court

**RECEIVED**

APR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT