United States District Court
For The District of Columbia

William Moore
    Plaintiff

vs.

Frederick Motz ET. Al
    Defendants

Civil No:1: 05 CV0231

ORDER

Upon Motion of William Moore, for Judgement on the pleadings, Merits, and Precedent Laws; IT IS GRANTED THAT "The State of Maryland Department of Treasury, Carole Smith, Norman Johnson, and parties direct or indirect. A Judgement of Fifteen Million Dollars($15,000,000.00) immediately and reinstate all unlawful claims dismissed.

IT IS ORDERED on this _____ of April 2006.

_____
Judge
United States District Court

**RECEIVED**
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT