United States District Court
For The District of Columbia

| | |
|---|---|
| William Moore | Civil No:1: 05 CV 2031 PLF |
| Plaintiff | |
| vs. | ORDER |
| Frederick Motz ET. Al | |
| Defendants | |

Upon Motion of William Moore, for Judgement on the pleadings, and legal arguments, IT IS GRANTED THAT a judgement be entered in compensation of Seventy Five Million Dollars(75,000,000.00) from Frederick Motz, William Quarles, Jr., Felicia C. Cannon, Albert N. Moskowitz, Chris Letkewicz, James J. Wilkinson, Samuel W. Phillips and Patricia S. Connor, immediately.

IT IS HEREBY ORDERED on this _____ of April 2006.

_____
Judge
United States District Court

**RECEIVED**
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT