United States District Court
For The District of Columbia

William Moore                           .    Civil No:1: 05 CV0231
    Plaintiff                         .
                                      .
vs.                                     .
                                      .
Frederick Motz ET. Al                   .
    Defendants                        .

. . . . . .. .. .. . . . . . . . .

## MOTION TO AMEND

1. Plaintiff, William Moore Hereby seeks this Honorable Court to enjoin Timothy Dorry a District Court Judge decree in sabotaging a (sentencing set for trial on April 28, 2006, case no. 2006-114518.

2. The client of Lericos in a Tenant/Land Lord action simultaneously violated a Federal Court decree in which Dorrey presided over by superseded" The Judge Decree. Judge Dorry was told" that on September 8, 2005, the court had entered judgment for the property. Dorry dismissed that theory. Lericos, knew of this tainted proceeding, that is before the Federal Court related to this action.

3. At trial Dorry implied" that in his chambers Lericos had mentioned a motion. Granting the rent for the property of plaintiff, Dorry threaten that "if appealed a bond would be set at over $4,000.00 on the $2,800.00 judgment.

4. The impropriety was a violation of the ABA Code Canon, and if he rely on immunity for his action" it has been abolished.

5. This action of Lericos involves from an action in the Circuit Court of Baltimore another conspiracy of bribery to dismiss another proceeding.

6. The act of Doory threat was prejudicial of engaging in criminal property rights, a pattern he has practiced against minorities.

7. The defendants has violated plaintiff fourteenth amendment rights already set forth of the facts on record and memorandum of laws. Prayed for an injunctory relief.

8. The court has already retained proper jurisdiction over this complaint, District Court reference.

## PRAYED FOR DAMAGES

Whereas, William Moore prays from Timothy Dorry, Whose address is 501 East Fayette Street, Baltimore, Maryland 21202. Perry Lericos 100 West Road, Suite 300, Towson, Maryland 21204.

For Civil Rights violation in compensatory damages of ($2 Million Dollars) each and be enjoined in the temporary restraining order from practice of Law.

IT IS ON THIS  5TH  May 2006 prayed that the parties be amended.


_____
William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218

(410) 243-9534

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___5TH___ of May, 2006, a copy of this Motion to Amend the State of Maryland, It's Employee, Agent or those direct or indirect in participation while under the jurisdiction of the court for a temporary restraining order a request for criminal charges set forth of a Grand Jury advisory panel to:

_____
Gloria Wilson Shelton
Assistant Attorney General Courts Division
200 Saint Paul Place, 20th FL
Baltimore, Maryland 21202


_____
William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218

(410) 243-9534