United States District Court
For The District of Columbia

William Moore
    Plaintiff

vs.

Frederick Motz ET. Al
    Defendants

Civil Action No: 1: 05 CV0231 PF

## ORDER

Based on the foregoing Motion to Amend Timothy Dorry, Perry W. Lericos in this action, and the States Attorney Generals Office.

IT IS ON THIS _____ of May 2006 Motion Is Granted.

_____
Unted States District Court Judge