**RECEIVED**

MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REQUEST FOR ACTION

Clerk
United States District Court
For the District of Columbia
333 Constitution Avenue, NW Rm 2
Washington, DC 20001

          RE:    William Moore v. Frederick Motz, ET, AL.
                   Civil Action No.: 1: 05-CV-02031-PLF

Dear Clerk:

   Please note that Mr. Moore has converted his mailing address to Post Office Box 16068, Baltimore, Maryland 21218. Also find enclosed this matter to be expedited set forth of this court that may be in error of this clerks office or the court.

*[signature]*
William Moore
2428 Greenmount Avenue
Baltimore, Maryland 21218
(410) 243-9534

United States District Court
For The District of Columbia

**RECEIVED**
MAY 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William Moore
    Plaintiff

vs.

Frederick Motz, ET AL.
    Defendants

Civil Action No.: 1:05-CV-02031 PLF

    Plaintiff, moves This Court To React on his Motion of Order and Relief sought to be in compliance with Rule 17 (B) (1).

    A motion was also filed for default judgment Rule 56 F.C.P., motions of other parties Rule (8)(D) for relief sought on the pleadings, non of the parties has opposed my claims.

    An injunction set forth of Rule LCVR65.1 is also at default that has caused plaintiff more judicial abuses.

    I understand the courts busy schedules "but I feel compelled" to respect the law, and not take the law in my own hands when those called to execute and expedite the law in the best interest of justice.

    I am not rushing to judgment any apologize if so, but 28 U.S.C. §§372 ( c ) holds habitual failure to decide matters in a timely fashion, or bias against person of a particular class as demonstrated.

    Mr. Moore has set forth reason for an injunction due to the jurisprudence of his likelihood a continuation of ruthless violations of the constitution.

    I am also, If there is some illness or for some reason within (5) days, I am forwarding a copy of this pleading to the Honorable Chief Judge Thomas F. Hogan, Rm 4114, "not" a violation of Rule 5.1 (b) directed specifically as to the numbers judicial violations.

    My focus relies on the remarks made by U.S. Court of Appeals, District of Columbia, Judge David B. Sentell of Court Employees and Judges, an article in Moore's allegations that should be prohibited.

I HEREBY ON THIS _____ OF MAY PRAY THAT Due to the numerous rules the Court Court without prejudice take action.

I am submitting The Final Exhibits addressed to the Court and News Article.

William Moore  
2428 Greenmount Avenue  
Baltimore, Maryland 21218  
or  
P.O. Box 16068  
Baltimore, Maryland 21218