# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MOORE
Plaintiff

vs.

Civil Action No. 05-2031 (PLF)

RECEIVED
MAY - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREDERICK MOTZ, et al.,
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 30TH day of April ,20 07 , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 9/26/06 day of 3/6 ,20 07 in favor of THE PLAINTIFF (DENIED) BECAUSE OF RACE AFRICAN AMERICA against said DEFENDANTS CITY, STATE, FEDERAL GOVERNMENTAL OFFICIALS. THE JUDICIAL COUNCIL CHIEF APPEALS COURT DECLARED NO COURT CAN DEPRIVE A NEGRO AN APPEAL, FINALIZED 3/6/07. DOCUMENTS TAINTED AGAIN 3/15/07.

ATTACHED EXHIBITS IN SUPPORT (4)

_____
Attorney or Pro Se Litigant

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

CLERK    Please mail copies of the above Notice of Appeal to the following at the addresses indicated: