# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5171**  **September Term, 2006**

05cv02031

William Moore,
    Appellant

v.

Frederick Motz, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/23/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUL 2 7 2007

CLERK

**BEFORE:**  Ginsburg, Chief Judge, and Sentelle and Tatel, Circuit Judges

### ORDER

Upon consideration of court's May 31, 2007 order to show cause why the appeal should not be dismissed as untimely and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed. By order filed June 23, 2006, the district court dismissed appellant's case with prejudice for failure to state a claim and for lack of personal jurisdiction. On May 2, 2007, appellant filed a notice of appeal. Because the notice of appeal was filed more than sixty (60) days after entry of the order, the appeal is untimely. See Fed. R. App. P. 4(a)(1)(A).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk